1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MENDOZA-MAGGAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00880 YGR |
| Plaintiff, | STIPULATION AND **ORDER** TO SET BRIEFING SCHEDULE, MOTION HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| RODERICK MENDOZA MAGGAY, | |
| Defendant. | Date: February 22, 2013<br>Time: 2:00 p.m. |

The above-captioned matter is set on February 22, 2013 before this Court for motion setting or change of plea. Defendant is charged with a violation of 18 U.S.C. § 922(g) (felon in possession of a firearm). He has pleaded not guilty to the Indictment. After reviewing the discovery and the audio produced by the Government, Mr. Mendoza has decided to file a motion to suppress the evidence in this case. For this reason, the parties jointly request that the Court set the requested briefing schedule below and continue the matter to **May 2, 2013**, **at 3:00 p.m.**, before this Honorable Court for a hearing on the motion. The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between February 22, 2013 and **May 2, 2013**, for effective defense preparation and for the Court's consideration of the defense motion that will be filed in this case.

Stip. Req. To Set Briefing Schedule and to
Exclude Time, No. CR-12-00880 YGR

The parties are in agreement to the following briefing schedule which will provide the defense with two weeks to file an opening motion,[1] three weeks for a Government response and two weeks for a defense reply:

> March 7, 2013 – defense opening motion
>
> March 28, 2013 – Government opposition
>
> April 11, 2013 – defense reply

The parties further request that the Court set this matter for a hearing on the defense motion for **May 2, 2013 at 3:00pm**, at which time the Court may decide if an evidentiary hearing is necessary in this case. The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that time may be excluded based on the Court's consideration of the motion that the defense plans to file on March 7, 2013 until the conclusion of the hearing on, or other prompt disposition of, such motion. Accordingly, the parties agree that the period of time from February 22, 2013 until **May 2, 2013** should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence, and once the defense motion is filed that the period of time until **May 2, 2013** should be excluded pursuant to § 3161(h)(1)(D).

---

[1] The defense plans to request an expert service's preparation of transcripts of several of the relevant audio files that were produced to the defense last month, and for this reason the defense requests two weeks to file the opening motion.

DATED: February 20, 2013      /S/
                              ACADIA SENESE
                              Assistant United States Attorney


DATED: February 20, 2013      /S/
                              ANGELA M. HANSEN
                              Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense plans to file a motion to suppress and needs additional time to have transcripts of relevant audio recordings prepared before filing that motion;

2. Given that the parties have agreed on a reasonable briefing schedule and the defense will file an opening motion by March 7, 2013;

3. Given that the defense preparation of the motion is necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial.

Based on these findings, IT IS HEREBY ORDERED that the motion setting or change of plea hearing date of February 22, 2013, scheduled at 2:00 p.m., is vacated and this matter is reset to **May 2, 2013, at 3:00 p.m.**, for hearing on a defense motion to suppress. The defense opening motion is due on March 7, 2013; the Government's opposition is due on March 28, 2013 and the defense reply brief is due on April 11, 2013. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from February 22, 2013 until **May 2, 2013.** In addition, time is excluded pursuant to § 3161(h)(1)(D) once the defense motion is filed on until the conclusion of the hearing on, or other prompt disposition of, such motion.

DATED: February 21, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge