1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MENDOZA-MAGGAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00880 YGR |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE MOTION HEARING DATE |
| v. | ) ) | TO MAY 9, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| RODERICK MENDOZA MAGGAY, | ) ) | |
| Defendant. | ) ) | Date: May 2, 2013<br>Time: 3:00 p.m. |

The above-captioned matter is set on May 2, 2013 before this Court for a hearing on a defense motion to suppress that has been fully briefed by the parties. Defense counsel requests a one-week continuance because counsel needs to appear in San Francisco at 2 p.m. on May 2, 2013 for a change of plea hearing and will not be in a position to return to Oakland in time for the 3 p.m. hearing before the Court. For this reason, the parties stipulate and agree that it is appropriate to continue this matter one week, until May 9, 2013.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the failure to grant this continuance would unreasonably deny defendant continuity of counsel. Additionally, the parties agree that time may be excluded based on the Court's consideration of

Stip. Req. To Continue Motion Hearing Date, No.
CR-12-00880 YGR

| | |
|---|---|
| 1 | the pending motion to suppress.  Accordingly, the parties agree that the period of time from May |
| 2 | 2, 2013 until May 9, 2013 should be excluded in accordance with the provisions of the Speedy |
| 3 | Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of defense counsel and |
| 4 | pursuant to § 3161(h)(1)(D) based on the Court's consideration of the pending defense motion. |

DATED: April 23, 2013

        /S/
ACADIA SENESE
Assistant United States Attorney

DATED: April 23, 2013

        /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense has filed a motion to suppress that has been fully briefed;
2. Given that defense counsel is unavailable on May 2, 2013 at 3:00 p.m.; and
3. Given the parties agreement that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial.

Based on these findings, IT IS HEREBY ORDERED that the hearing date of May 2, 2013, scheduled at 3:00 p.m., is vacated and reset to May 9, 2013, at 3:00 p.m., for hearing on the pending defense motion to suppress. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 2, 2013 until May 9, 2013, for continuity of defense counsel. In addition, time is excluded pursuant to § 3161(h)(1)(D) based on the Court's consideration of the pending defense motion.

DATED: April 29, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge