MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: acadia.senese@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0880 YGR |
| v. | **NOTICE & ORDER OF DISMISSAL** |
| RODERICK MENDOZA-MAGGAY, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment in the above action without prejudice.

DATED: August 23, 2013                         Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              _____/s/_____
                                              J. DOUGLAS WILSON
                                              Chief, Criminal Division

# ORDER

Leave is granted to the government to dismiss the indictment, and the action is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: August 23, 2013

_____
HON. GONZALEZ-ROGERS
United States District Judge

NOTICE OF DISMISSAL
CR 12-0880 YGR